**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, Texas 78701

-and-

Joshua K. Porter
299 Park Avenue, 20th Floor
New York, NY  10171

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GARRETT MOTION, INC., et al.,<br><br>Debtors. | Chapter 11 Case<br><br>No. 20-12212 (MEW)<br><br>(Joint Administration Requested) |

### VERIFIED STATEMENT OF ENTWISTLE & CAPPUCCI LLP
### PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Entwistle & Cappucci LLP ("E&C") makes the following verified statement (the "Verified Statement"):

1.      E&C represents the following parties (collectively, the "Parties-In-Interest") with respect to their claims against and interest in the above-captioned debtors and debtors in possession (collectively, the "Debtors"):

Gabelli Funds, LLC
One Corporate Center
Rye, New York 10580

-and-

S. Muoio & Co. LLC
509 Madison Avenue, Suite 406
New York, New York 10022

2.      The claims and interest of the Parties-In-Interest against the Debtors may include, but are not necessarily limited to, unsecured claims and equity claims or interests.  At this time, E&C cannot specify the amounts or times of acquisition of these claims or interest.

3.      Each of the Parties-In-Interest has retained E&C to represent its individual interest in connection with these chapter 11 cases.

4.      The undersigned declares under penalty of perjury that this Verified Statement is true and accurate to the best of his knowledge, information and belief, information and belief. E&C reserves the right to revise and supplement this Verified Statement.

Dated: September 24, 2020                    ENTWISTLE & CAPPUCCI LLP

                                             /s/ *Andrew J. Entwistle*
                                             Andrew J. Entwistle
                                             Frost Bank Tower
                                             401 Congress Avenue, Suite 1170
                                             Austin, Texas 78701
                                             Telephone: (512) 710-5960
                                             Email: aentwistle@entwistle-law.com

                                             -and-

                                             Joshua K. Porter
                                             299 Park Avenue, 20th Floor
                                             New York, NY 10171
                                             Telephone: (212) 894-7282
                                             Email: jporter@entwistle-law.com

                                             *Counsel for Gabelli Funds, LLC and*
                                             *S. Muoio & Co. LLC*