JONES DAY
Anna Kordas, Esq.
250 Vesey Street
New York, New York  10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
E-mail:  akordas@jonesday.com

JONES DAY
Bruce Bennett, Esq.
Joshua M. Mester, Esq.
555 S. Flower St., 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 489-3939
E-mail:  bbennett@jonesday.com
           jmester@jonesday.com

*Counsel for Certain Shareholders
of Garrett Motion Inc.*[1]

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re | : | Chapter 11 |
| | : | |
| **GARRETT MOTION INC.,** *et al.*,[2] | : | Case No. 20-12212 (MEW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------ x | | |

**VERIFIED STATEMENT OF JONES DAY
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jones Day submits this verified statement (the "Statement") with respect to certain beneficial owners or investment advisors or managers for certain beneficial owners of equity interests in Garrett Motion Inc. ("Garrett Motion", and, together with certain affiliated debtors and debtors-in-possession, the "Debtors"), as identified on Exhibit A hereto (each, a "Shareholder"), and in support hereof states as follows:

In September 2020, certain Shareholders retained Jones Day to advise them following Garrett Motion's August 16, 2020 announcement that it was exploring alternatives for a balance

---

[1] The Shareholders are acting in their individual capacities but authorized the filing of this single submission for the purpose of administrative efficiency.  Counsel does not have the actual or apparent authority to obligate any one entity to act in concert with any other entity with respect to Garrett Motion equity securities.  The Shareholders are independent entities and have not agreed to act in concert with respect to their respective interests in Garrett Motion equity securities.

[2] The last four digits of Garrett Motion Inc.'s tax identification number are 3189.  Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/garrettmotion.  The Debtors' corporate headquarters are located at La Pièce 16, Rolle, Switzerland.

sheet restructuring. The Shareholders beneficially own, or manage or advise funds and/or accounts that beneficially own disclosable economic interests in relation to the Debtors. Attached hereto as <u>Exhibit A</u> is a list of the names, addresses, nature, and amount of all disclosable economic interests of each Shareholder in relation to the Debtors as of September 25, 2020. The information set forth in <u>Exhibit A</u> for each Shareholder is based on information provided to Jones Day by such Shareholder. Jones Day submits this Statement in an abundance of caution and without conceding that Bankruptcy Rule 2019 applies.

As of the date of this Statement, Jones Day continues to represent each Shareholder. Jones Day does not represent or purport to represent any other person or entity with respect to these chapter 11 cases. Jones Day does not represent the Shareholders as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any other creditor, party in interest or other entity. In addition, as of the date of this Statement, no Shareholder represents or purports to represent any other entity in connection with these chapter 11 cases.

No Shareholder listed on <u>Exhibit A</u> has or is a party to any agreement to act as a group or in concert with respect to its interests in the Debtors and each Shareholder listed on <u>Exhibit A</u> has the unrestricted right to act as it chooses in respect of such interests without deference to the actions or interests of any other party.

Upon information and belief formed after due inquiry, Jones Day does not hold any disclosable economic interest (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

The undersigned verifies that the foregoing is true and correct to the best of the undersigned's knowledge, as of the date of this Statement.

Nothing contained in this Statement is intended or shall be construed to constitute: (a) a waiver or release of the rights of any Shareholder to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (b) a waiver or release of the rights of any Shareholder to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (c) consent

to the jurisdiction of the Court over any matter; (d) an election of remedy; (e) a waiver or release of any rights any Shareholder may have to a jury trial; (f) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the chapter 11 cases against or otherwise involving any Shareholder; (g) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any Shareholder is or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved; or (h) an admission or acknowledgement that Bankruptcy Rule 2019 applies to Jones Days' representation of the Shareholders.

Jones Day reserves the right to amend or supplement this Statement in accordance with the requirements of Bankruptcy Rule 2019 with any additional information that may become available.

Dated: September 28, 2020                JONES DAY


                                         By:  /s/ *Anna Kordas*
                                              Bruce Bennett
                                              Joshua M. Mester
                                              Anna Kordas

                                         *Counsel for Certain Shareholders*
                                         *of Garrett Motion Inc.*

**Exhibit A**

| Name[1] | Address | Nature & Amount of Economic Interest |
|---|---|---|
| The Baupost Group, L.L.C. | 10 St. James Ave., Suite 1700 Boston, MA 02116 | Equity Interests:  3,575,000 shares |
| Cyrus Capital Partners, L.P. | 65 East 55th Street, Floor 35 New York, NY 10022 | Term Loan B Obligations:  $2,000,000 Senior Note Obligations:  €15,379,000 Equity Interests: 10,220,254 shares |
| FIN Capital Partners LP | 336 W 37th Street Suite 200 New York, NY 10018 | Equity Interests:  370,000 shares |
| Hawk Ridge Master Fund, LP | 12121 Wilshire Blvd., Suite 900 Los Angeles, CA 90025 | Equity Interests: 2,196,437 shares |
| Keyframe Capital Partners, L.P. | 65 East 55th Street, Floor 35 New York, NY 10022 | Senior Note Obligations:  €6,621,000 Equity Interests:  1,506,050 shares |
| Newtyn Management, LLC | 60 East 42nd Street, 9th Floor, New York, NY 10165 | Equity Interests: 2,807,075 shares |
| Owl Creek Credit Opportunities Master Fund, L.P. | 640 Fifth Avenue, 20th Floor New York, NY 10019 | Equity Interests:  750,000 shares |
| Sessa Capital IM, L.P. | 888 7th Ave 30th floor New York, NY 10106 | Equity Interests:  6,912,204 shares |
| Warlander Asset Management, LP | 250 West 55th Street, 33rd Floor New York, NY 10019 | Equity Interests:  860,000 shares |

---

[1] Each entity listed herein holds disclosable economic interests in relation to the Debtors or acts as investment manager or advisor to funds or accounts that hold disclosable economic interests in relation to the Debtors.

NAI-1514383149v1