**MILBANK LLP**
Dennis F. Dunne
Matthew L. Brod
Andrew C. Harmeyer
55 Hudson Yards
New York, NY 10003
Tel:    (212) 530-5000
Fax:    (212) 530-5219

-and-

Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC US 20006
Tel:    (202) 835-7500
Fax:    (202) 263-7586

*Counsel to Centerbridge Partners, L.P. and*
*Oaktree Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x
                  :

In re                      :     Chapter 11
                  :

GARRETT MOTION INC., *et al.*,[1]  :    Case No. 20-12212 (MEW)
                  :

          Debtors.  :    Jointly Administered
                  :
                  :
———————————————————————x

## VERIFIED STATEMENT PURSUANT TO
## BANKRUPTCY RULE 2019

Milbank LLP ("Milbank") hereby makes the following verified statement (this "Verified

Statement"), pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

---

[1]     The last four digits of Garrett Motion Inc.'s tax identification number are 3189. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/garrettmotion. The Debtors' corporate headquarters is located at La Pièce 16, Rolle, Switzerland.

Rules"), in connection with Milbank's representation in these chapter 11 cases of Centerbridge Partners, L.P. ("Centerbridge") and Oaktree Capital Management, L.P. ("Oaktree"):

1.    In August 2020, Centerbridge and Oaktree retained Milbank as counsel to advise them in relation to the Debtors.   As of the date of this Verified Statement, Milbank represents Centerbridge and Oaktree and does not represent or purport to represent any entities other than Centerbridge and Oaktree in connection with these cases.  In addition, neither Centerbridge nor Oaktree represent or purport to represent any other entities in connection with these cases.

2.    Centerbridge and Oaktree have indicated to Milbank that they beneficially own disclosable economic interests, or act as investment managers or advisors to funds or accounts that beneficially own disclosable economic interests, in relation to the Debtors.  In accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and based upon information provided to Milbank by each of Centerbridge and Oaktree, attached hereto as **Exhibit A** is a description of the nature and amount of all disclosable economic interests of Centerbridge and Oaktree in relation to the Debtors.

3.    Nothing contained in this Verified Statement (or **Exhibit A** hereto) should be construed as a limitation upon, or waiver of, any rights of Centerbridge or Oaktree to assert, file, or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these cases.

4.    The information contained herein is provided only for the purpose of complying with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

5.    Milbank reserves the right to amend this Verified Statement as may be necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

6.    The undersigned hereby verifies that this Verified Statement is true and accurate to

2

the best of the undersigned's knowledge and belief.

New York, New York
Dated:  October 17, 2020

/s/ *Dennis F. Dunne*
**MILBANK LLP**
Dennis F. Dunne
Matthew L. Brod
Andrew C. Harmeyer
55 Hudson Yards
New York, NY 10003
Tel:    (212) 530-5000
Fax:    (212) 530-5219

-and-

Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC US 20006
Tel:    (202) 835-7500
Fax:    (202) 263-7586

*Counsel to Centerbridge Partners, L.P. and*
*Oaktree Capital Management, L.P.*

**Exhibit A[1]**

| NAME[2] | ADDRESS | AGGREGATE PRINCIPAL AMOUNT OF TERM LOANS[3] | AGGREGATE PRINCIPAL AMOUNT OF SENIOR NOTES[4] | NUMBER OF SHARES OF COMMON STOCK[5] |
|---|---|---|---|---|
| Centerbridge Partners, L.P. | 375 Park Avenue, New York, NY 10152 | €2,000,000 | €42,920,000 | 3,390,000 |
| Oaktree Capital Management, L.P. | 333 South Grand Ave., 28th Floor Los Angeles, CA 90071 | €0 | €10,000,000 | 3,593,111 |

---

[1] To the best of Milbank's knowledge, the information herein is accurate as of October 16, 2020. The amounts set forth herein include only the outstanding principal amounts of the applicable debt and do not include accrued and unpaid interest, fees, or other amounts that may be owing under the applicable debt documents.

[2] Each entity on this Exhibit A is listed either in its principal capacity or in its capacity as agent, investment advisor, or investment manager for certain investment funds or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.

[3] "Term Loans" refers to those certain term loans outstanding under the Credit Agreement, dated as of September 27, 2018 (as amended, supplemented, or modified from time to time), by and among Garrett LX III S.a.r.l., Garrett Borrowing LLC and Garrett Motion Sarl (f/k/a Honeywell Technologies Sarl), as borrowers, the guarantors party thereto, the lenders party thereto, and JPMorgan Chase Bank N.A., as administrative agent.

[4] "Senior Notes" refers to those certain 5.125% Senior Notes due 2026 issued under the Indenture, dated as of September 27, 2018, by and among Garrett L X I S.À.R.L., Garrett Borrowing LLC, Garrett Motion Inc., the guarantors party thereto, Deutsche Trustee Company Limited, as indenture trustee, Deutsche Bank AG, London Branch, as security agent and paying agent, and Deutsche Bank Luxembourg S.A., as registrar and transfer agent

[5] "Common Stock" refers to the outstanding common stock issued by Garrett Motion Inc.