ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane
Matthew M. Roose
Daniel G. Egan

*Counsel to the Ad Hoc Group of Secured Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GARRETT MOTION, INC., *et al.*,[1] | : | Case No. 20-12212 (MEW) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

**CORRECTED SUPPLEMENTAL VERIFIED**
**STATEMENT OF THE AD HOC GROUP OF**
**SECURED NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this corrected supplemental verified statement (the "Corrected Supplemental 2019 Statement") is submitted by certain unaffiliated holders (the "Ad Hoc Group of Secured Noteholders"), by and through their undersigned counsel, of 5.125% Senior Notes due 2026 (the "Notes") issued pursuant to that certain Indenture, dated as of September 27, 2018, together with any other agreements or documents executed in connection therewith, by and among Garrett L X I S.À.R.L. and Garrett Borrowing LLC (together, the "Issuers"), Garrett Motion Inc., the

---

[1] The last four digits of Garrett Motion Inc.'s tax identification number are 3189. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/garrettmotion. The Debtors' corporate headquarters is located at La Pièce 16, Rolle, Switzerland.

Guarantors party thereto, Deutsche Trustee Company Limited, as indenture trustee, Deutsche Bank

AG, London Branch, as security agent and paying agent, and Deutsche Bank Luxembourg S.A.,

as registrar and transfer agent (as may be amended, restated, supplemented, or otherwise modified

from time to time, the "Indenture"), and respectfully state as follows:

1.      During September 2020, members of the Ad Hoc Group of Secured Noteholders

retained attorneys with the firm of Ropes & Gray LLP ("Ropes & Gray") to represent them as

counsel in connection with the outstanding debt obligations of the above-captioned debtors and

debtors in possession (collectively, the "Debtors").

2.      On October 20, 2020, Ropes & Gray, on behalf of the Ad Hoc Group of Secured

Noteholders, filed the *Supplemental Verified Statement of the Ad Hoc Group of Secured

Noteholders Pursuant to Bankruptcy Rule 2019* [Dkt No. 250] (the "Supplemental 2019

Statement"). This Corrected Supplemental 2019 Statement supersedes the Supplemental 2019

Statement.

3.      Upon information and belief formed after due inquiry, Ropes & Gray does not hold

any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in

relation to the Debtors.

4.      The members of the Ad Hoc Group of Secured Noteholders, collectively,

beneficially own or manage (or are the investment advisors or managers for funds or accounts that

beneficially own or manage) approximately €244,866,000.00 in aggregate principal amount of the

Notes, which represents approximately 69.96% of the outstanding Notes.  In accordance with

Bankruptcy Rule 2019, the name and address of each member of the Ad Hoc Group of Secured

Noteholders, and the nature and amount of disclosable economic interests held by each member in

relation to the Debtors are set forth in Exhibit A.  The information contained in Exhibit A is based

on information provided by each member of the Ad Hoc Group of Secured Noteholders and is subject to change, correction or supplementation.

5.      Ropes & Gray does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.  Ropes & Gray does not represent the Ad Hoc Group of Secured Noteholders as a "committee" (as such term is used in the Bankruptcy Code and the Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with Ropes & Gray.  No member of the Ad Hoc Group of Secured Noteholders represents or purports to represent any other member or entity in connection with the Debtors' Chapter 11 Cases.  In addition, each member of the Ad Hoc Group of Secured Noteholders (a) does not assume any fiduciary or other duties to any other member of the Ad Hoc Group of Secured Noteholders and (b) does not purport to act or speak on behalf of any other member of the Ad Hoc Group of Secured Noteholders in connection with these Chapter 11 Cases.

6.      Nothing contained in this Corrected Supplemental 2019 Statement (or Exhibit A hereto) is intended or shall be construed to constitute: (i) a waiver or release of the rights of the members of the Ad Hoc Group of Secured Noteholders to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the members of the Ad Hoc Group of Secured Noteholders to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedies; (v) a waiver or release of any rights the members of the Ad Hoc Group of Secured Noteholders may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11

cases against or otherwise involving the members of the Ad Hoc Group of Secured Noteholders; (vii) any affect or impairment of any claims against the Debtors held by any member of the Ad Hoc Group of Secured Noteholders, (viii) a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group of Secured Noteholders to assert, file, and/or amend any proof of claim in accordance with applicable law, or (ix) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the members of the Ad Hoc Group of Secured Noteholders are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.  This Corrected Supplemental 2019 Statement may be amended or supplemented as necessary in accordance with Bankruptcy Rule 2019.

7.      The undersigned verify that the foregoing is true and correct to the best of their knowledge.  The undersigned further reserve the right to amend or supplement this Corrected Supplemental 2019 Statement.

8.      The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

Dated: October 21, 2020
       New York, New York

Respectfully submitted,

*/s/ Mark I. Bane*
**ROPES & GRAY LLP**
Mark I. Bane
Matthew M. Roose
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  212.596.9000
Facsimile: 212.596.9090
mark.bane@ropesgray.com
matthew.roose@ropesgray.com
daniel.egan@ropesgray.com
*Counsel to the Ad Hoc Group of Secured Noteholders*

4

## EXHIBIT A

| Name[1] | Address | Nature & Amount of Economic Interest[2] |
|---|---|---|
| AllianceBernstein L.P. | 150 4th Avenue N.<br>Nashville, TN 37219 | Revolving Loan Obligations (€)[3]:<br>Term Loan A Obligations (€)[4]:<br>Term Loan B Obligations (€)[5]:<br>Term Loan B Obligations ($)[6]: $3,085,413<br>Note Obligations (€)[7]: 35,121,000<br>Equity Interests (Shares)[8]: 37 |
| Bardin Hill Investment Partners LP | 299 Park Avenue<br>New York, NY 10171 | Revolving Loan Obligations (€):<br>Term Loan A Obligations (€):<br>Term Loan B Obligations (€):<br>Term Loan B Obligations ($):<br>Note Obligations (€): 24,475,000<br>Equity Interests (Shares): 1,112,071 |
| Benefit Street Partners LLC | 9 W. 57th Street<br>Suite 4920<br>New York, NY 10019 | Revolving Loan Obligations (€):<br>Term Loan A Obligations (€):<br>Term Loan B Obligations (€):<br>Term Loan B Obligations ($):<br>Note Obligations (€): 9,000,000<br>Equity Interests (Shares): 1,439,839 |

---

[1] The entities listed herein (i) hold disclosable economic interests or (ii) act as investment managers or advisors to funds or accounts (or their respective affiliates) that hold disclosable economic interests in relation to the Debtors.  All amounts are denominated in U.S. dollars or Euros, as applicable under the relevant debt documents.

[2] The amounts set forth herein only reflect principal amounts and do not include accrued or unpaid interest, or any other amounts that may be due and owing under the applicable debt documents or otherwise.  In addition, the amounts set forth herein may include disclosable economic interests that are subject to pending settlement.

[3] "Revolving Loan Obligations (€)" means those Revolving Loan Commitments made and incurred pursuant to that certain Credit Agreement, dated as of September 27, 2018 (as amended, supplemented, or modified from time to time) by and among Garrett LX III S.a.r.l., Garrett Borrowing LLC and Garrett Motion Sarl (f/k/a Honeywell Technologies Sarl), as borrowers, the guarantors party thereto, the lenders party thereto, and JPMorgan Chase Bank N.A., as administrative agent (the "Credit Agreement").

[4] "Term Loan A Obligations (€)" means those Tranche A Term Loans made and incurred pursuant to the Credit Agreement.

[5] "Term Loan B Obligations (€)" means those Euro Tranche B Term Loans made and incurred pursuant to the Credit Agreement.

[6] "Term Loan B Obligations ($)" means those Dollar Tranche B Term Loans made and incurred pursuant to the Credit Agreement.

[7] "Note Obligations" means the Notes issued pursuant to the Indenture.

[8] "Equity Interests" means the number of shares of common stock presently listed on the New York Stock Exchange under the ticker symbol "GTX."

| Name | Address | Nature & Amount of Economic Interest |
|---|---|---|
| Diameter Capital Partners LP | 24 W. 40th Street 5th Floor New York, NY 10018 | Revolving Loan Obligations (€): Term Loan A Obligations (€): Term Loan B Obligations (€): 34,924,410 Term Loan B Obligations ($): 24,423,712 Note Obligations (€): 66,525,000 Equity Interests (Shares): |
| KSAC Europe Investments S.á.r.l. | 1A, rue Thomas Edison Strassen L-1445 Luxembourg | Revolving Loan Obligations (€): Term Loan A Obligations (€): Term Loan B Obligations (€): Term Loan B Obligations ($): Note Obligations (€): 40,655,000 Equity Interests (Shares): |
| Lord, Abbett & Co LLC | 90 Hudson Street Jersey City, NJ 07302-3973 | Revolving Loan Obligations (€): Term Loan A Obligations (€): Term Loan B Obligations (€): Term Loan B Obligations ($): Note Obligations (€): 14,100,000 Equity Interests (Shares): |
| P. Schoenfeld Asset Management LP | 1350 Avenue of the Americas 21st Floor New York, NY 10019 | Revolving Loan Obligations (€): Term Loan A Obligations (€): Term Loan B Obligations (€): Term Loan B Obligations ($): 8,500,000 Note Obligations (€): 20,000,000 Equity Interests (Shares): 2,100,000 |
| Robeco Institutional Asset Management B.V. | P.O. Box 973 3000 AZ Rotterdam The Netherlands | Revolving Loan Obligations (€): Term Loan A Obligations (€): Term Loan B Obligations (€): Term Loan B Obligations ($): Note Obligations (€): 34,990,000 Equity Interests (Shares): |