**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, Texas 78701

-and-

Joshua K. Porter
299 Park Avenue, 20th Floor
New York, NY  10171

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GARRETT MOTION, INC., et al.,<br><br>                                 Debtors. | Chapter 11 Case<br><br>No. 20-12212 (MEW)<br><br>(Joint Administration Requested) |

**SUPPLEMENTAL VERIFIED STATEMENT OF ENTWISTLE & CAPPUCCI LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Entwistle & Cappucci LLP ("E&C") makes the following verified statement (the "Verified Statement"):

1.      In September 2020, certain fund shareholders retained E&C to represent them in these jointly administered Chapter 11 Cases as parties-in-interest by virtue of their equity security holdings of Garrett Motion, Inc. ("Garrett").

2.      On September 24, 2020, E&C filed the *Verified Statement of Entwistle & Cappucci LLP Pursuant to Bankruptcy Rule 2019* (ECF No. 67) (the "Verified Statement") setting forth its representations on that date.  This supplemental verified statement (the "Supplemental Verified Statement") supersedes the Verified Statement.

3.      In October 2020, certain additional fund shareholders retained E&C to represent them in these jointly administered Chapter 11 Cases as parties-in-interest by virtue of their equity security holdings of Garrett.

4.      Attached hereto as Exhibit A is a list of the names, addresses and economic interests in the form of equity security holdings of each fund shareholder (the "Fund Shareholders") represented by E&C.  This information was provided to E&C by such Fund Shareholders.

5.      No Fund Shareholder listed on Exhibit A has or is a party to any agreement to act as a group or in concert with respect to its interests in the Debtors and each Fund Shareholder listed on Exhibit A has the unrestricted right to act as it chooses in respect of such interests without deference to the actions or interests of any other party.  E&C submits this Supplemental Verified Statement in an abundance of caution without conceding that Bankruptcy Rule 2019 applies.

6.      E&C does not hold any economic interest in relation to the Debtors.

7.      The undersigned verifies that the foregoing is true and correct to the best of the undersigned's knowledge, as of the date of this Supplemental Verified Statement.

Dated: November 10, 2020                ENTWISTLE & CAPPUCCI LLP

                                        /s/ *Andrew J. Entwistle*
                                        Andrew J. Entwistle
                                        Frost Bank Tower
                                        401 Congress Avenue, Suite 1170
                                        Austin, Texas 78701
                                        Telephone: (512) 710-5960
                                        Email: aentwistle@entwistle-law.com

                                        Joshua K. Porter
                                        299 Park Avenue, 20th Floor
                                        New York, NY 10171
                                        Telephone: (212) 894-7282
                                        Email: jporter@entwistle-law.com

                                        *Counsel for the Fund Shareholders*

2

**Exhibit A**

| Name[1] | Address | Shares |
|---|---|---|
| Gabelli Funds, LLC | One Corporate Center Rye, New York 10580 | 824,442 |
| S. Muoio & Co. LLC | 509 Madison Avenue, Suite 406 New York, New York 10022 | 182,266 |
| Esopus Creek Advisors LLC | 81 Newtown Lane #307 East Hampton, New York 11937 | 525,000 |
| Hutch Capital Management LLC | 8401 Patterson Avenue, Suite 202 Richmond, Virginia 23229 | 250,000 |

[1] The Fund Shareholders listed herein: (i) hold the listed number of common shares of Garrett or (ii) act as investment managers or advisors to funds that hold the listed number of common shares of Garrett.