**PROSKAUER ROSE LLP**
**Brian S. Rosen**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for the Ad Hoc Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| In re: | § § § | |
| | § | Case No. 20-12212 (MEW) |
| GARRETT MOTION INC., *et al.*, | § § | |
| | § | Chapter 11 |
| Debtors.[1] | § § | (Jointly Administered) |
| | § | |
| _____ | § § | |

### VERIFIED STATEMENT PURSUANT
### TO BANKRUPTCY RULE 2019 OF AD HOC COMMITTEE

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), an ad hoc committee of equity security holders (the "Ad Hoc Committee") hereby submits this verified statement (this "Verified Statement") in the above-captioned chapter 11 cases, and in support hereof respectfully states as follows:

1.      The Ad Hoc Committee has retained Proskauer Rose LLP ("Proskauer") to represent them as counsel in connection with the chapter 11 cases of Garrett Motion Inc. ("Garrett Motion") and its affiliated debtors (collectively, the "Debtors"), including, without limitation, with respect to the potential sale of substantially all of the Debtors' assets and the restructuring of the Debtors' outstanding indebtedness.

_____

[1] The last four digits of Garrett Motion Inc.'s tax identification number are 3189. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at

2.       In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names, addresses, and disclosable economic interests as of November 1, 2020 of the members of the Ad Hoc Committee.  The information set forth herein (including **Exhibit A**) is based upon information provided to Proskauer by the members of the Ad Hoc Committee and is intended only to comply with Bankruptcy Rule 2019.

3.       As of the date hereof, Proskauer represents only those entities listed on **Exhibit A** in connection with the Debtors' chapter 11 cases.  Proskauer continues to represent each member of the Ad Hoc Committee in its individual capacity but refers to the collection of its clients as the "Ad Hoc Committee" for administrative convenience.  Proskauer does not undertake to represent the interests of, and is not a fiduciary for, any other creditor, party in interest, or other entity.  No member of the Ad Hoc Committee has or is a party to any agreement to act as a group or in concert with respect to its interests in Garrett Motion, and each member of the Ad Hoc Committee has the unrestricted right to act as it chooses in respect of such interests without respect to the actions or interests of any other party.  In addition, neither the Ad Hoc Committee nor any member of the Ad Hoc Committee (a) assumed any fiduciary or other duties to any other equity security holder or person and (b) does not purport to act, represent, or speak on behalf of any other entities in connection with the Debtors' chapter 11 cases.

4.       Nothing contained in this Verified Statement (including **Exhibit A**) is intended to or should be construed as (a) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these chapter 11 cases by any member of the Ad Hoc Committee, or (b) an admission with respect to any fact or legal theory.

---

http://www.kccllc.net/garrettmotion. The Debtors' corporate headquarters is located at La Pièce 16, Rolle, Switzerland.

5.      Additional holders of equity securities of Garrett Motion may become individual clients of Proskauer and members of the Ad Hoc Committee and certain members of the Ad Hoc Committee may cease to be members in the future.    The Ad Hoc Committee, through its undersigned counsel, reserves the right to amend or supplement this Verified Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019.

6.      The undersigned verifies that the foregoing is true and correct to the best of his knowledge and that the information contained in **Exhibit A** has been provided by the named entities.


Dated: November 12, 2020
           New York, New York

*/s/ Brian S. Rosen*

Brian S. Rosen

**PROSKAUER ROSE, LLP**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com

*Attorneys for the Ad Hoc Committee*