**Exhibit A**

**Names, Addresses and Disclosable Economic Interests
of the Members of the Ad Hoc Committee[2]**

| NAME[3] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST[4] |
|---|---|---|
| | | **As of November 1, 2020** |
| Owl Creek Asset Management, L.P. | 640 5th Avenue 20th Floor New York, NY 10019 U.S. | • 1,100,000 ordinary shares |
| Warlander Asset Management, LP | 250 West 55th Street 33rd Floor New York, NY 10019 U.S. | • 1,083,555 ordinary shares |
| Jefferies LLC | 520 Madison Avenue 10th Floor New York, NY 10022 U.S. | • 432,766 ordinary shares[5] |

---

[2] To the best of Proskauer's knowledge, the information included herein is accurate as of November 1, 2020.

[3] Each entity on this **Exhibit A** holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, accounts and/or their respective subsidiaries that hold disclosable economic interests, in relation to the chapter 11 Cases.

[4] All interests listed are in Debtor Garrett Motion.

[5] Jefferies LLC affiliate Jefferies International, Ltd. also owns a $3,226,000 bond position.