UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re                                                    Chapter 11

Garrett Motion Inc., *et al.,*                           Case No. 20-12212 (MEW)

                               Debtors.     (Jointly Administered)

-----------------------------------------------------------------x

**NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF EQUITY SECURITIES HOLDERS**

      William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following shareholders that are willing to serve on the Official Committee of Equity Securities Holders of Garrett Motion Inc. and its affiliated debtors-in-possession:

      1.      Gem Partners LP
                92 Chester Place
                Englewood, New Jersey 07631
                Attention:  Daniel Lewis, Managing Member
                E-Mail: dlewis@gemasset.com
                Telephone: (201) 500-4095

      2.      S. Muoio & Company LLC
                509 Madison Avenue – Suite 406
                New York, New York 10022
                Attention:  Salvatore Muoio, Managing Member
                E-Mail:  smuoio@sminvestors.com
                Telephone: (212) 297-2555

      3.      Mountaineer Master Fund, Ltd.
                c/o Mountaineer Partners Management, LLC
                150 East 58th Street – 14th Floor
                New York, New York 10155
                Attention:  Gregory S. Williams, Partner
                E-Mail:  gwilliams@mountaineerpartners.com
                Telephone: (646) 459-7064

Dated: New York, New York
November 18, 2020

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE

By:    */s/ Paul Schwartzberg*
      Paul Schwartzberg, Trial Attorney
      Office of the United States Trustee
      201 Varick Street, Room 1006
      New York, NY 10014
      Tel. (212) 510-0500