UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11
:
GARRETT MOTION INC., *et al.*,[1] : Case No. 20-12212 (MEW)
:
: Jointly Administered
Debtors. :
:
---------------------------------------------------------------x

### ORDER DENYING MOTION TO MODIFY DEBTORS' EXCLUSIVE PERIODS

Upon the motion (the "Motion") of certain shareholders of Garrett Motion, Inc., Centerbridge, Oaktree and Honeywell to modify the Debtors' exclusive periods to file a chapter 11 plan and solicit acceptances [D.I. 340]; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and a hearing on the Motion having been held before the Court on November 23, 2020 (the "Hearing"); and the Court having considered the Motion and the responses filed; and after due deliberation and upon the record established at the Hearing;

---

[1] The last four digits of Garrett Motion Inc.'s tax identification number are 3189. Due to the large number of debtor entities in these Chapter 11 Cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/garrettmotion. The Debtors' corporate headquarters is located at La Pièce 16, Rolle, Switzerland.

-2-

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED without prejudice for the reasons stated on the record at the Hearing.

2. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: November 25, 2020  
      New York, New York

      **s/Michael E. Wiles**  
      The Honorable Michael E. Wiles  
      United States Bankruptcy Judge