JONES DAY
Anna Kordas
250 Vesey Street
New York, New York  10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
E-mail:  akordas@jonesday.com

JONES DAY
Bruce Bennett (admitted *pro hac vice*)
Joshua M. Mester (admitted *pro hac vice*)
James O. Johnston (admitted *pro hac vice*)
555 S. Flower St., 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 489-3939
E-mail:  bbennett@jonesday.com
            jmester@jonesday.com
            jjohnston@jonesday.com

*Counsel for Certain Shareholders
of Garrett Motion Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **GARRETT MOTION INC.,** *et al.*,[1] | : | **Case No. 20-12212 (MEW)** |
| **Debtors.** | : | **(Jointly Administered)** |

---

**SECOND AMENDED VERIFIED STATEMENT OF
JONES DAY PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jones Day submits this second amended verified statement (the "Second Amended Statement") with respect to certain beneficial owners or investment advisors or managers for certain beneficial owners of equity interests in Garrett Motion Inc. ("Garrett Motion", and, together with certain affiliated debtors and debtors-in-possession, the "Debtors"), as identified on Exhibit A hereto (each, a "Shareholder"), and in support hereof states as follows:

In September 2020, certain Shareholders retained Jones Day to advise them following Garrett Motion's August 26, 2020 announcement that it was exploring alternatives for a balance sheet restructuring.  The Shareholders beneficially own, or manage or advise funds and/or accounts that beneficially own disclosable economic interests in relation to the Debtors.  On

---

[1]    The last four digits of Garrett Motion Inc.'s tax identification number are 3189.  Due to the large number of debtor entities in these Chapter 11 Cases, which are jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/garrettmotion.  The Debtors' corporate headquarters are located at La Pièce 16, Rolle, Switzerland.

September 28, 2020, Jones Day filed its *Verified Statement of Jones Day Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF 97].  On October 22, 2020, Jones Day filed its *First Amended Verified Statement of Jones Day Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF 266].

Attached hereto as <u>Exhibit A</u> is the list of the names, addresses, nature, and amount of all disclosable economic interests of each Shareholder in relation to the Debtors as of December 1, 2020.  The information set forth in <u>Exhibit A</u> for each Shareholder is based on information provided to Jones Day by such Shareholder.

Jones Day submits this Second Amended Statement in an abundance of caution and without conceding that Bankruptcy Rule 2019 applies.  Jones Day does not represent the Shareholders as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any other creditor, party in interest or other entity.  In addition, as of the date of this Second Amended Statement, no Shareholder represents or purports to represent any other entity in connection with these chapter 11 cases.

Upon information and belief formed after due inquiry, Jones Day does not hold any disclosable economic interest (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

The undersigned verifies that the foregoing is true and correct to the best of the undersigned's knowledge, as of the date of this Second Amended Statement.

Nothing contained in this Second Amended Statement is intended or shall be construed to constitute:  (a) a waiver or release of the rights of any Shareholder to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (b) a waiver or release of the rights of any Shareholder to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (c) consent to the jurisdiction of the Court over any matter; (d) an election of remedy; (e) a waiver or release of any rights any Shareholder may have to a jury trial; (f) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be

commenced in the chapter 11 cases against or otherwise involving any Shareholder; (g) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any Shareholder is or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved; or (h) an admission or acknowledgement that Bankruptcy Rule 2019 applies to Jones Days' representation of the Shareholders.

Jones Day reserves the right to amend or supplement this Second Amended Statement in accordance with the requirements of Bankruptcy Rule 2019 with any additional information that may become available.

Dated: December 9, 2020                    JONES DAY


By:  /s/ Anna Kordas
        Bruce Bennett
        Joshua M. Mester
        Anna Kordas

*Counsel for Certain Shareholders
of Garrett Motion Inc.*

# EXHIBIT A

**Exhibit A**

| Name[1] | Address | Nature & Amount of Economic Interest |
|---|---|---|
| Attestor Value Master Fund LP | PO Box 309<br>Ugland House<br>Grand Cayman<br>KY1-1104<br>Cayman Islands | Equity Interests: 3,147,970 shares |
| The Baupost Group, L.L.C. | 10 St. James Ave., Suite 1700<br>Boston, MA 02116 | Equity Interests: 3,575,000 shares |
| Cyrus Capital Partners, L.P. | 65 East 55th Street, Floor 35<br>New York, NY 10022 | Term Loan B Obligations: $7,000,000<br>Senior Note Obligations: €15,379,000<br>Equity Interests: 10,220,254 shares |
| Hawk Ridge Master Fund, LP | 12121 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90025 | Equity Interests: 2,336,564 shares |
| IngleSea Capital | 7800 Red Rd., #308<br>Miami, FL 33143 | Senior Note Obligations:  €2,185,000<br>Equity Interests: 300,000 shares |
| Keyframe Capital Partners, L.P. | 65 East 55th Street, Floor 35<br>New York, NY 10022 | Senior Note Obligations:  €6,621,000<br>Equity Interests: 1,506,050 shares |
| Newtyn Management, LLC | 60 East 42nd Street, 9th Floor,<br>New York, NY 10165 | Equity Interests: 1,655,000 shares |
| Sessa Capital (Master), L.P. | 888 7th Ave 30th floor<br>New York, NY 10106 | Equity Interests: 6,912,204 shares |
| Whitebox Multi-Strategy Partners, L.P. | 3033 Excelsior Blvd., Suite 500<br>Minneapolis, MN 55416 | Equity Interests: 750,000 shares |

---

[1] Each entity listed herein holds disclosable economic interests in relation to the Debtors or acts as investment manager or advisor to funds or accounts that hold disclosable economic interests in relation to the Debtors.