**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
GARRETT MOTION INC., et al.,[1]                         :    Case No. 20-12212 (MEW)
                                                        :
                    Debtors.                            :    (Jointly Administered)
                                                        :
                                                        :
                                                        :
------------------------------------------------------- x
```

**SECOND AMENDED VERIFIED STATEMENT OF THE
AD HOC GROUP OF FIRST LIEN LENDERS
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial holders or the investment advisors or managers for certain beneficial holders as identified on Exhibit A hereto (collectively, the "Ad Hoc Group of First Lien Lenders") hereby submit this amended verified statement (this "Amended Verified Statement"), and in support hereof state as follows:

1.      On or about September 2020, members of the Ad Hoc Group of First Lien Lenders retained attorneys presently with Gibson, Dunn & Crutcher LLP ("Gibson Dunn") to represent them as counsel in connection with a potential restructuring of the outstanding debt obligations of the above-captioned debtors and certain of their subsidiaries and affiliates (collectively, the "Debtors"). From time to time thereafter, certain additional holders of the Debtors' outstanding debt obligations have joined the Ad Hoc Group of First Lien Lenders.

---

[1]    The last four digits of Garrett Motion Inc.'s tax identification number are 3189. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/garrettmotion. The Debtors' corporate headquarters is located at La Pièce 16, Rolle, Switzerland.

2.      On September 22, 2020, the Ad Hoc Group of First Lien Lenders filed the *Verified Statement of the Ad Hoc Group of First Lien Lenders Pursuant to Bankruptcy Rule 2019* [Docket No. 45]. Since that time, the membership of the Ad Hoc Group of First Lien Lenders and the disclosable economic interests in relation to the Debtors held or managed by such members has changed. The Ad Hoc Group of First Lien Lenders submits this Amended Verified Statement accordingly.

3.      As of the date of this Amended Verified Statement, Gibson Dunn represents (as that term is defined in Bankruptcy Rule 2019(a)(2)) the members of the Ad Hoc Group of First Lien Lenders in their capacity as lenders under that certain Credit Agreement, dated as of September 27, 2018 (as amended, supplemented, or modified from time to time) by and among Garrett LX III S.a.r.l., Garrett Borrowing LLC and Garrett Motion Sarl (f/k/a Honeywell Technologies Sarl), as borrowers, the guarantors party thereto, the lenders party thereto, and JPMorgan Chase Bank N.A., as administrative agent (the "Credit Agreement").

4.      Gibson Dunn does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.  Gibson Dunn does not represent the Ad Hoc Group of First Lien Lenders as a "committee" (as such term is used in the Bankruptcy Code and the Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with Gibson Dunn. In addition, the Ad Hoc Group of First Lien Lenders does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

5.      Upon information and belief formed after due inquiry, Gibson Dunn does not hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

6.      The names and addresses of each member of the Ad Hoc Group of First Lien Lenders, together with the nature and amount of the disclosable economic interests held by each such member in relation to the Debtors, are set forth in Exhibit A attached hereto.  The information set forth in Exhibit A is based on information provided to Gibson Dunn by the members of the Ad Hoc Group of First Lien Lenders and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

7.      The undersigned verifies that the foregoing is true and correct to the best of their knowledge.

8.      Nothing contained in this Amended Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the members of the Ad Hoc Group of First Lien Lenders to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the members of the Ad Hoc Group of First Lien Lenders to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedies; (v) a waiver or release of any rights the members of the Ad Hoc Group of First Lien Lenders may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11 cases against or otherwise involving the members of the Ad Hoc Group of First Lien Lenders; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the members of the Ad Hoc Group of First Lien Lenders are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

9.     The Ad Hoc Group of First Lien Lenders, through its undersigned counsel, reserves the right to amend or supplement this Amended Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: February 15, 2020
        New York, New York

GIBSON, DUNN & CRUTCHER LLP

/s/ Scott J. Greenberg

Scott J. Greenberg (Bar No. 4126991)
Steven A. Domanowski  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile:  (212) 351-4035
Email:    sgreenberg@gibsondunn.com
            sdomanowski@gibsondunn.com

-and-

Robert A. Klyman (admitted *pro hac vice*)
Matthew G. Bouslog (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7562
Facsimile:  (213) 229-6562
Email:    rklyman@gibsondunn.com
            mbouslog@gibsondunn.com

*Counsel to the Ad Hoc Group of First Lien Lenders*

## Exhibit A

## Disclosable Economic Interests

| Name[2] | Address | Nature & Amount of Economic Interest[3] |
|---|---|---|
| Angelo, Gordon & Co. | 245 Park Avenue<br>New York, NY 10167 | Revolving Loan Obligations (€)[4]: 0<br>Term Loan A Obligations (€)[5]: 0<br>Term Loan B Obligations (€)[6]: 1,000,000.00<br>Term Loan B Obligations ($)[7]: 35,368,434.01<br>Senior Note Obligations (€)[8]: 0<br>Equity Interests ($)[9]: 0<br>DIP Obligations ($)[10]: 0 |
| Banco Bilboa Vizcaya Argentaria, S.A. New York Branch | 1345 Avenue of the Americas<br>44th Floor<br>New York, NY 10105 | Revolving Loan Obligations (€): 32,000,000.00<br>Term Loan A Obligations (€): 19,062,500.00 |
| Blue Mountain Capital Management, LLC | 280 Park Avenue<br>New York, NY 10017 | Term Loan B Obligations (€): 5,730,666.66<br>Term Loan B Obligations ($): 4,421,250.00<br>DIP Obligations ($): 2,800,000.00 |
| Credit Suisse Asset Management, LLC & Credit Suisse Asset Management Limited | 11 Madison Avenue<br>New York, NY 10010 | Term Loan A Obligations (€): 13,013,000.00<br>Term Loan B Obligations (€): 19,322,000.00<br>Term Loan B Obligations ($): 16,148,408.39<br>DIP Obligations ($): 34,000,000.00 |

---

[2] Each entity listed herein holds disclosable economic interests or acts as investment manager or advisor to funds or accounts (or their respective affiliates) that hold disclosable economic interests in relation to the Debtors. All amounts are denominated in U.S. dollars or Euros, as applicable under the Credit Agreement.

[3] The amounts set forth herein only reflect principal amounts and do not include accrued or unpaid interest, or any other amounts that may be due and owing under the applicable debt documents or otherwise. In addition, the amounts set forth herein may include disclosable economic interests that are subject to pending settlement.

[4] "Revolving Loan Obligations (€)" means those Revolving Loan Commitments made and incurred pursuant to the Credit Agreement.

[5] "Term Loan A Obligations (€)" means those Tranche A Term Loans made and incurred pursuant to the Credit Agreement.

[6] "Term Loan B Obligations (€)" means those Euro Tranche B Term Loans made and incurred pursuant to the Credit Agreement.

[7] "Term Loan B Obligations ($)" means those Dollar Tranche B Term Loans made and incurred pursuant to the Credit Agreement.

[8] "Senior Note Obligations (€)" means those 5.125% Senior Notes due 2026 issued pursuant to that certain Indenture dated as of September 27, 2018 (as may be amended or modified from time to time), by and between Garrett LX I S.A.R.L., as Issuer and Deutsche Trustee Company Limited, as Trustee.

[9] "Equity Interests ($)" means those common equity interests presently listed on the New York Stock Exchange under the ticker symbol "GTX".

[10] "DIP Obligations ($)" means those Loans made and incurred pursuant to that certain Senior Secured Super-Priority Debtor-in-Possession Credit Agreement (as may be amended, modified or supplemented from time to time), dated as of October 9, 2020, by and among Garrett Motion Inc., as Borrower, Citibank, N.A., as Administrative Agent, and the Lenders party thereto.

| | | |
|---|---|---|
| Deutsche Bank AG, London Branch | Winchester House<br>1 Great Winchester St.<br>London EC3N 2DB, United Kingdom | Revolving Loan Obligations (€): 47,500,000.00<br>Term Loan A Obligations (€): 12,581,250.00 |
| Diameter Capital Partners | 24 W. 40th Street<br>5th Floor<br>New York, NY 10018 | Term Loan B Obligations (€): 44,817,078.00<br>Term Loan B Obligations ($): 24,423,712.00 |
| Eaton Vance Management | Two International Place<br>Boston, MA 02110 | Term Loan B Obligations (€): 10,642,666.67<br>Term Loan B Obligations ($): 6,496,314.88<br>DIP Obligations ($): 4,000,000.00 |
| Elmwood Asset Management, LLC | 40 West 57th Street<br>Suite 1800<br>New York, NY 10017 | Term Loan B Obligations ($): 7,806,402.05<br>DIP Obligations ($): 6,400,000.00 |
| GoldenTree Asset Management LP | 300 Park Avenue<br>20th Floor<br>New York, NY 10022 | Term Loan B Obligations (€): 13,917,333.33<br>Term Loan B Obligations ($): 11,322,322.89<br>DIP Obligations ($): 3,600,000.00 |
| HBK Master Fund L.P. | 2300 North Field Street<br>Suite 2200<br>Dallas, Texas 75201 | Term Loan A Obligations (€): 32,712,044.00<br>Term Loan B Obligations (€): 33,302,139.89<br>Term Loan B Obligations ($): 5,000,000 |
| Intermediate Capital Group plc | Procession House<br>55 Ludgate Hill<br>London, EC4M 7JW | Term Loan A Obligations (€): 19,062,500.00<br>Term Loan B Obligations (€): 26,418,772.99<br>DIP Obligations ($): 20,000,000.00 |
| Invesco Senior Secured Management, Inc. | 1166 Avenue of the Americas<br>25th Floor<br>New York, NY 10036 | Term Loan A Obligations (€): 14,962,000.00<br>Term Loan B Obligations (€): 7,381,000.00<br>Term Loan B Obligations ($): 50,132,000.00<br>DIP Obligations ($): 33,138,000.00 |
| Investcorp Credit Management US LLC | 280 Park Avenue<br>36th Floor<br>New York, NY 10017 | Term Loan B Obligations ($): 9,540,797.35<br>DIP Obligations ($): 4,000,000.00 |

| | | |
|---|---|---|
| M&G Alternatives Investment Management Limited and M&G Investment Management Limited | 10 Fenchurch Avenue London, EC3M 5AG | Term Loan B Obligations (€): 25,926,150.00 |
| Marble Point Credit Management LLC | 600 Steamboat Road Suite 202 Greenwich, CT 06830 | Term Loan B Obligations ($): 15,170,489.92 |
| Nova Kreditna Banka Moribor d.d. | Ulica Vita Kraigherja 4 2000 Maribor, Slovenia | Term Loan B Obligations (€): 8,186,666.67 |
| Partners Group (USA) Inc. | 1200 Entrepreneurial Drive Broomfield, CO 80021 | Term Loan B Obligations (€): 2,000,000.00 Term Loan B Obligations ($): 1,992,000.40 |
| Sixth Street Partners LLC | 888 7th Ave. 35th Floor New York, NY 10106 | Term Loan B Obligations ($): 15,754,536.00 DIP Obligations ($): 16,000,000.00 |
| Steele Creek Investment Management LLC | 201 S. College Street Suite 1690 Charlotte, NC 28202 | DIP Obligations ($): 6,400,000.00 |
| Sumitomo Mitsui Banking Corporation | Prinzenallee 7 40549 Dusseldorf, Germany | Revolving Loan Obligations (€): 24,000,000.00 Term Loan A Obligations (€): 12,962,500.00 |
| Unicredit Bank AG | Arabellastrasse 12 81925 Munich, Germany | Revolving Loan Obligations (€): 32,000,000.00 Term Loan A Obligations (€): 19,062,500.00 |
| Voya Alternative Asset Management  LLC | 7337 East Doubletree Ranch Road Suite 100 Scottsdale, AZ 85258 | Term Loan B Obligations ($): 21,780,816.73 |