Andrew G. Dietderich
Brian D. Glueckstein
Thomas C. White
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GARRETT MOTION INC., *et al.*,[1] | : | Case No. 20-12212 (MEW) |
| Debtors. | : | Jointly Administered |

# NOTICE OF STATUS CONFERENCE ON FEBRUARY 22, 2021 AT 11:00 A.M. (ET)

**PLEASE TAKE NOTICE** that a status conference (the "Status Conference") with respect to matters addressed at the February 16, 2021 hearing in the above captioned Chapter 11 Cases, will be held on **February 22, 2021 at 11:00 A.M. (ET)** before the Honorable Michael E. Wiles, United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that due to the COVID-19 pandemic and in accordance with the Court's General Order M-543, dated March 20, 2020, the Status Conference

---

[1] The last four digits of Garrett Motion Inc.'s tax identification number are 3189. Due to the large number of debtor entities in these Chapter 11 Cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/garrettmotion. The Debtors' corporate headquarters is located at La Pièce 16, Rolle, Switzerland.

4823-7198-9981 v.2

will only be conducted telephonically. Parties should not appear in person and those wishing to participate in the Status Conference must make arrangements through Court Solutions LLC.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings in the above captioned Chapter 11 Cases may be obtained from the Court's website, https://ecf.nysb.uscourts.gov for a nominal fee or, free of charge, from the website of the Debtors' claims and noticing agent, http://www.kccllc.net/garrettmotion.

| | |
|---|---|
| Dated: February 19, 2021<br>New York, New York | */s/    Andrew G. Dietderich*<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Thomas C. White<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:         dietdericha@sullcrom.com<br>                    gluecksteinb@sullcrom.com<br>                    whitet@sullcrom.com<br>                    kranzleya@sullcrom.com<br><br>*Counsel to the Debtors* |