UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: Garrett Motion Inc.  § Case No. 20-12212
§ Lead Case No. 20-12212
§
Debtor(s) § ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2021        Petition Date: 09/20/2020

Plan Confirmed Date: 04/26/2021        Plan Effective Date: 04/30/2021

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Brian D. Glueckstein                    Brian D. Glueckstein
Signature of Responsible Party              Printed Name of Responsible Party

01/24/2022                                  Sullivan & Cromwell LLP
Date                                        125 Broad Street
                                            New York, NY 10004
                                            Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Garrett Motion Inc.                                                                                                    Case No. 20-12212

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $218,122,801 | $986,618,996 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $218,122,801 | $986,618,996 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $115,620,590 | $0 | $115,620,590 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | AlixPartners LLP | Financial Professional | $0 | $8,126,514 | $0 | $8,126,514 |
| ii | Conway Mackenzie | Other | $0 | $1,884,166 | $0 | $1,884,166 |
| iii | Deloitte AG | Other | $0 | $2,051,438 | $0 | $2,051,438 |
| iv | Kurtzman Carson Consultants | Other | $0 | $841,912 | $0 | $841,912 |
| v | Lazard Freres & Co. | Other | $0 | $4,804,480 | $0 | $4,804,480 |
| vi | MORGAN STANLEY & CO | Financial Professional | $0 | $10,042,480 | $0 | $10,042,480 |
| vii | Perella Weinberg Partners | Financial Professional | $0 | $18,951,458 | $0 | $18,951,458 |
| viii | Quinn Emmanuel Urquhart & S | Local Counsel | $0 | $10,780,754 | $0 | $10,780,754 |
| ix | Sullivan & Cromwell LLP | Lead Counsel | $0 | $26,400,591 | $0 | $26,400,591 |
| x | White & Case LLP | Other | $0 | $6,407,514 | $0 | $6,407,514 |
| xi | Cowen | Other | $0 | $3,314,178 | $0 | $3,314,178 |
| xii | Glenn Agre Bergman & Fuente | Other | $0 | $1,829,120 | $0 | $1,829,120 |
| xiii | Kasowitz Benson Torres LLP | Other | $0 | $2,674,023 | $0 | $2,674,023 |
| xiv | KPMG LLP | Other | $0 | $179,532 | $0 | $179,532 |
| xv | Kramer Levin Naftalis & Frank | Other | $0 | $166,592 | $0 | $166,592 |
| xvi | Maeva Group, LLC | Other | $0 | $4,924,203 | $0 | $4,924,203 |
| xvii | Morris, Nichols, Arsht & Tunne | Other | $0 | $251,759 | $0 | $251,759 |
| xviii | Pricewaterhouse Cooper LLP | Other | $0 | $11,989,874 | $0 | $11,989,874 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $115,620,590 | $0 | $115,620,590 |

UST Form 11-PCR (12/01/2021)                                                    2

Debtor's Name Garrett Motion Inc.    Case No. 20-12212

3

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $1,466,710,090 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $803,000,000 | $0 | $375,000,000 | $375,000,000 | 100% |
| e. Equity interests | $68,951,406 | $0 | $68,951,406 | | |

## Part 4: Questionnaire

a. Is this a final report?  Yes ○  No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ○

| Debtor's Name | Garrett Motion Inc. | Case No. | 20-12212 |
|---|---|---|---|

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Sean Deason | Sean Deason |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 01/24/2022 |
| Title | Date |